**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    CV 16-1687 DMG (SS)                    Date:  August 18, 2016
                                                   Page 1 of 3

Title:    William M. Mentzer v. J. Vaikutyte, et al.

DOCKET ENTRY:    **ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PAY FILING FEE**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

|  Marlene Ramirez  | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                              None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On March 11, 2016, plaintiff William M. Mentzer, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis.  On April 8, 2016, the District Judge denied Plaintiff's IFP application for failure to include proof of indigency with the application.  (Dkt. No. 4).  Denial was without prejudice to re-filing the application along with a Certified Trust Account Statement and a Disbursement Authorization within thirty days of the Court's Order.  (Id.).

On April 28, 2016, Plaintiff filed a "response" to the Court's Order denying his IFP application.  (Dkt. No. 5).  Plaintiff stated that his cousin had paid the filing fee in full pursuant to the Court's Order.  The response included as an exhibit a photocopy of the duplicate (carbon copy) personal check submitted by Plaintiff's cousin to the Court on Plaintiff's behalf.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      CV 16-1687 DMG (SS)                    Date:  August 18, 2016
                                                     Page 2 of 3

Title:      <u>William M. Mentzer v. J. Vaikutyte, et al.</u>

_____

        However, the Clerk's Office rejected the check on the ground that the Clerk's Office does not accept personal checks as payment for filing fees.  (<u>See</u> United States District Court, Central District of California website, http://www.cacd.uscourts.gov/court-procedures/filing-procedures/schedule-fees) ("The Clerk's Office will accept business or corporate checks, checks drawn on business or clients trust accounts, and credit cards . . . for filing fees and miscellaneous fees.  No personal checks or checks drawn on non-business accounts will be accepted from either attorney[s] or the public.  The Clerk's Office will also accept all federal, state, and local government issued checks, bank certified checks, and U.S. Postal Service money orders.").  The check was returned on April 26, 2016.

        As of today's date, Plaintiff has neither paid the $350.00 filing fee nor resubmitted an application to proceed <u>in forma pauperis</u> with the necessary proof of indigency.  All parties instituting any civil action in district court must pay the filing fee either in full at the time of filing, or over time if the party applies for, and is granted, leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  <u>See</u> 28 U.S.C. § 1914(a) (parties "instituting any civil action, suit or proceeding" in district court shall "pay a filing fee of $350, except that on application for a writ of habeas corpus the filing fee shall be $5").

        Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed without prejudice for failure to pay the filing fee.  Plaintiff may discharge this Order by either (1) paying the full $350.00 filing fee in a form acceptable to the Clerk's Office; (2) submitting an application to proceed IFP, <u>including a certified copy of Plaintiff's trust account statement</u> for the last six months and authorization for disbursements; or
\\
\\
\\
\\
\\
\\

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     CV 16-1687 DMG (SS)                    Date:  August 18, 2016
                                                    Page 3 of 3

Title:     <u>William M. Mentzer v. J. Vaikutyte, et al.</u>

_____

(3) explaining to the Court, in a declaration signed under oath, why he is unable to do so. <u>See</u> 28 U.S.C. § 1915(a)(1).  **A blank form IFP Application is attached for Plaintiff's convenience.**  Plaintiff is explicitly cautioned that the failure to comply with this Order by the Court's deadline will result in a recommendation that this action be dismissed without prejudice.

     IT IS SO ORDERED.

MINUTES FORM                                                    00:00
CIVIL-GEN                                         Initials of Deputy Clerk  mr